FILED by MC D.C.

Jul 3, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**19-60190-CR-BLOOM/VALLE**

Case No. _____

18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

v.

IVETTE DOMINGUEZ,

        **Defendant.**
_____ /

## INFORMATION

The United States Attorney charges:

At all times relevant to this Information:

1. The defendant, **IVETTE DOMINGUEZ**, was employed by the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), as an Investigative Assistant.

2. As an Investigative Assistant, **IVETTE DOMINGUEZ's** duties included providing technical, administrative, and clerical support to the HSI Special Agents investigating various criminal offenses, including drug trafficking and immigration crimes. At various times relevant to this Information, **DOMINGUEZ** was assigned to HSI's Homestead Investigative Group ("HIG"), where her duties included conducting database and criminal history checks to further the criminal investigations being done by the HIG.

1

3.      The United States Department of Homeland Security ("DHS") was a department within the jurisdiction of the executive branch of the Government of the United States.

4.      The Department of Homeland Security, Office of Inspector General ("DHS-OIG"), and Immigration and Customs Enforcement, Office of Professional Responsibility ("ICE-OPR"), were entities within DHS, and thus were within the jurisdiction of the executive branch of the Government of the United States.  Both DHS-OIG and ICE-OPR were involved in investigating allegations of misconduct by DHS employees.

5.      On or about April 26, 2019, in Broward County, in the Southern District of Florida, in a matter within the jurisdiction of the United States Department of Homeland Security, a department of the executive branch of the Government of the United States, the defendant,

### IVETTE DOMINGUEZ,

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the defendant represented to Special Agents of DHS-OIG and ICE-OPR that she had not alerted a target about a steroid investigation being conducted by the HIG, had not provided that target any type of advice and information about the steroid investigation, had not warned that target not to sell steroids to a person who would approach that target, and had not asked that target to lie to interviewing DHS-OIG and ICE-OPR agents to protect her, when in truth and in fact, and as the defendant then and there well knew, she had alerted a target about a steroid investigation being conducted by the HIG, had provided that target advice and information

2

about the steroid investigation, had warned that target not to sell steroids to a person who would approach that target, and had asked that target to lie to interviewing DHS-OIG and ICE-OPR agents to protect her, in violation of Title 18, United States Code, Section 1001(a)(2).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
EDWARD N. STAMM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

IVETTE DOMINGUEZ,

       **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**

| | | | |
|---|---|---|---|
| New Defendant(s) | | Yes ____ | No ____ |
| Number of New Defendants | | | |
| Total number of counts | | | |

**Court Division**: (Select One)

| | | | | | |
|---|---|---|---|---|---|
| _X_ | Miami | ____ | Key West | | |
| ____ | FTL | ____ | WPB | ____ | FTP |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)

   I    0 to 5 days    _X_          Petty       ____
   II   6 to 10 days   ____          Minor       ____
   III  11 to 20 days  ____          Misdem.     ____
   IV   21 to 60 days  ____          Felony      _x_
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes    _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes    _x_ No

                                                    _____
                                                    EDWARD N. STAMM
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Florida Bar No. 373826

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: IVETTE DOMINGUEZ**

**Case No**: _____

Count #: 1

Making False Statement

Title 18, United States Code, Section 1001(a)(2)

\* **Max. Penalty**:   5 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.